14 Ill. App.3d 511 (1973)
302 N.E.2d 663
THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee,
v.
PAUL J. SCHARLE, Defendant-Appellant.
No. 57582.
Illinois Appellate Court  First District (5th Division).
September 14, 1973.
David T. Onixt and Arnold B. Kalnitz, both of Chicago, for appellant.
Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel,) for the People.
Abstract of Decision.
Judgment affirmed.